UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LORI ANN PERRY,<br><br>    Plaintiff(s),<br><br> v.<br><br>CELEBRITY CRUISES INC,<br><br>    Defendant(s). | CASE NO. C26-0005-KKE<br><br>ORDER GRANTING STIPULATED<br>MOTION TO EXTEND DEADLINES |

This matter is before the Court on the parties' stipulated motion to extend deadlines. Dkt. No. 8. For good cause shown, the Court GRANTS the Parties' stipulated motion and enters the following briefing schedule:

| **Event** | **Deadline** |
|---|---|
| Celebrity Cruises' Response to Complaint | February 13, 2026 |
| Plaintiff's Opposition to Celebrity Cruises' Response to Complaint, if any | March 13, 2026 |
| Celebrity Cruises' Reply in Support of Response to Complaint, if any | March 27, 2026 |

Dated this 9th day of January, 2026.

*Kymberly K Evanson*
_____
Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINES - 1