THE HONORABLE JAMAL N. WHITEHEAD

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

LORI ANN PERRY, individually and on behalf of all others similarly situated,

Plaintiff,

vs.

CELEBRITY CRUISES, INC., a Liberian corporation,

Defendant.

Case No.: 2:26-cv-00005-JNW

**STIPULATED MOTION TO EXTEND BRIEFING SCHEDULE RE: DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY CASE PENDING ARBITRATION (DKT. 18)**

**NOTE ON MOTION CALENDAR: May 1, 2026**

Stipulated Motion

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica. CA 90401

## **STIPULATED MOTION**

Pursuant to Local Rule 7(d)(1), Plaintiff Lori Ann Perry ("Plaintiff") and Defendant Celebrity Cruises, Inc. ("Defendant," and together with Plaintiff, the "Parties"), by and through their counsel, hereby submit this stipulated motion to extend the remaining deadlines for the Parties' briefing related to Defendant's Motion to Compel Arbitration and Stay Case Pending Arbitration. In support of this motion, the Parties state as follows:

1. On November 24, 2025, Plaintiff filed a class action Complaint against Defendant in the Superior Court of the State of Washington, King County.

2. On January 2, 2026, Defendant timely filed a notice of removal (Dkt. 1).

3. Counsel for the Parties previously filed stipulated notices to extend Defendant's deadline to respond to Plaintiff's Complaint and set the briefing schedule (Dkt. 8, 13, 15).

4. On March 13, 2026, Defendant filed a Motion to Compel Arbitration and Stay Case Pending Arbitration ("Motion to Compel") (Dkt. 18).

5. On March 18, 2026, the Parties filed a Stipulated Motion to Extend Briefing Schedule re: Defendant's Motion to Compel Arbitration and Stay Case Pending Arbitration (Dkt. 20). The Court granted the Stipulated Motion (Dkt. 21).

6. On April 23, 2026, the Parties filed a Stipulated Motion to Extend Briefing Schedule re: Defendant's Motion to Compel Arbitration and Stay Case Pending Arbitration (Dkt. 24), in which the Parties explained that they had conferred regarding potential options to resolve Defendant's Motion to Compel without the need for further briefing with the Court and requested a one-week extension of the briefing schedule, which the Court granted (Dkt. 25).

7. Since the previous stipulation, the Parties have continued to confer regarding resolution of Defendant's Motion to Compel without the need for further briefing with the Court. The Parties are still discussing the details regarding such a resolution. In light of these continued meet-and-confer efforts, the Parties respectfully submit that good cause exists to extend the remaining briefing deadlines by an additional two weeks to allow the Parties time to finalize their discussions.

8. Accordingly, the Parties stipulate to and request that the briefing deadlines for Defendant's Motion to Compel be extended as follows:

Stipulated Motion                                          1

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica. CA 90401

| Case Event | Deadline (per Dkt. 25) | Amended Deadline |
|---|---|---|
| Plaintiff's Opposition to Defendant's Motion to Compel | May 1, 2026 | May 15, 2026 |
| Defendant's Reply in Support of Motion to Compel | May 27, 2026 | June 10, 2026 |

Dated: May 1, 2026

Respectfully submitted,

By: */s/ Jonas Jacobson*

Jonas B. Jacobson (WSBA 62890)
jonas@dovel.com
Simon Franzini (WSBA 63689)
simon@dovel.com
DOVEL & LUNER, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica, California 90401
Telephone: (310) 656-7066
Facsimile: +1 (310) 656-7069

*Counsel for Plaintiff*
*Lori Ann Perry*

By: */s/ Lauren B. Rainwater*

Lauren B. Rainwater, WSBA #43625
Rachel Herd, WSBA #50339
Emma Englund, WSBA #56178
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: 206-622-3150
laurenrainwater@dwt.com
rachelherd@dwt.com
emmaenglund@dwt.com

*Attorneys for Defendant*
*Celebrity Cruises, Inc.*

Stipulated Motion

2

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica. CA 90401

IT IS SO ORDERED


DATED THIS 6th day of May, 2026.


Jamal N. Whitehead
United States District Judge

Stipulated Motion                                3

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica. CA 90401