THE HONORABLE JAMAL N. WHITEHEAD

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LORI ANN PERRY, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>vs.<br><br>CELEBRITY CRUISES, INC., a Liberian corporation,<br><br>*Defendant.* | Case No.: 2:26-cv-00005-JNW<br><br>**STIPULATED MOTION TO STAY CASE PENDING RESOLUTION OF ARBITRATION PROCEEDING AND TO TAKE OFF CALENDAR PENDING MOTION TO COMPEL ARBITRATION (DKT. 18)**<br><br>**NOTE ON MOTION CALENDAR:**<br>**May 14, 2026** |

Stipulated Motion

Dovel & Luner, LLP
201 Santa Monica Blvd., Suite 600
Santa Monica. CA 90401

## <u>STIPULATED MOTION</u>

Pursuant to Local Rule 7(d)(1), Plaintiff Lori Ann Perry ("Plaintiff") and Defendant Celebrity Cruises, Inc. ("Defendant," and together with Plaintiff, the "Parties"), by and through their counsel, hereby submit this stipulated motion to (1) take off calendar Defendant's Motion to Compel Arbitration and Stay Case Pending Arbitration ("Motion to Compel") (Dkt. 18), and (2) stay Plaintiff's claims pending resolution of the arbitration proceeding. In support of this motion, the Parties state as follows:

1. On November 24, 2025, Plaintiff filed a class action Complaint against Defendant in the Superior Court of the State of Washington, King County.

2. On January 2, 2026, Defendant timely filed a notice of removal (Dkt. 1).

3. Counsel for the Parties previously filed stipulated notices to extend Defendant's deadline to respond to Plaintiff's Complaint and set the briefing schedule (Dkt. 8, 13, 15).

4. On March 13, 2026, Defendant filed its Motion to Compel.

5. The Parties have been meeting and conferring on potential resolution of Defendant's Motion to Compel without the need for further briefing with the Court. To facilitate those discussions, the Parties have previously stipulated to extend the briefing schedule on the Motion to Compel. (Dkts. 20, 24, 26.) The current deadline for Plaintiff to file her Opposition to Defendant's Motion to Compel is May 15, 2026, and Defendant's deadline to file a Reply is June 10, 2026. (Dkt. 27.)

6. Since the previous stipulation, the Parties have continued to confer regarding resolution of Defendant's Motion to Compel without the need for further briefing with the Court. The Parties disagree as to whether (1) Defendant's arbitration provision covers the claims Plaintiff asserts in the complaint; and (2) whether this threshold question regarding the arbitration agreement's scope is for the Court or an arbitrator. Nevertheless, without waiving any other arguments regarding arbitrability, to avoid burdening the Court with this threshold dispute, the Parties have agreed, subject to Court approval, to submit the question of whether the arbitration agreement covers the claims at issue here to the arbitrator.

7. Accordingly, the Parties stipulate to and request that the Court enter an order:

Stipulated Motion                    1

- Taking Defendant's Motion to Compel off calendar and vacating all deadlines associated with the Motion to Compel;
- Staying Plaintiff's claims pending resolution of the arbitration proceeding;
- Ordering the Parties to meet and confer and submit a joint status report upon resolution of the arbitration proceeding or by August 20, 2026, whichever is first.

Dated: May 14, 2026                          Respectfully submitted,

                                             By: */s/ Jonas Jacobson*

                                             Jonas B. Jacobson (WSBA 62890)
                                             jonas@dovel.com
                                             Simon Franzini (WSBA 63689)
                                             simon@dovel.com
                                             DOVEL & LUNER, LLP
                                             201 Santa Monica Blvd., Suite 600
                                             Santa Monica, California 90401
                                             Telephone: (310) 656-7066
                                             Facsimile: +1 (310) 656-7069

                                             *Counsel for Plaintiff*
                                             *Lori Ann Perry*

                                             By: */s/ Lauren B. Rainwater*

                                             Lauren B. Rainwater, WSBA #43625
                                             Rachel Herd, WSBA #50339
                                             Emma Englund, WSBA #56178
                                             DAVIS WRIGHT TREMAINE LLP
                                             920 Fifth Avenue, Suite 3300
                                             Seattle, WA 98104-1610
                                             Telephone: 206-622-3150
                                             laurenrainwater@dwt.com
                                             rachelherd@dwt.com
                                             emmaenglund@dwt.com

                                             *Attorneys for Defendant*
                                             *Celebrity Cruises, Inc.*

Stipulated Motion                        2                    Dovel & Luner, LLP
                                                             201 Santa Monica Blvd., Suite
                                                             600
                                                             Santa Monica, CA 90401

IT IS SO ORDERED

DATED THIS 15th day of May, 2026.

Jamal N. Whitehead
United States District Judge

Stipulated Motion                                 3                          Dovel & Luner, LLP
                                                                             201 Santa Monica Blvd., Suite
                                                                             600
                                                                             Santa Monica, CA 90401